**Order entered March 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01033-CV

**CHRISTOPHER BRUNING, Appellant**

**V.**

**KYLE LANE HOLLOWELL, ET AL, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09326-D**

## ORDER

We **GRANT** appellees' motion for leave to file the sur-reply brief attached as Exhibit

"A" to the motion and **ORDER** the brief attached as Exhibit "A" be filed no later than March 27,

2014. No further briefing shall be filed unless ordered by the Court.

/s/     ELIZABETH LANG-MIERS
JUSTICE